UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES SIMPSON, | ) Case No. CV 15-360-ODW(AJW) |
|       Petitioner, | ) |
|   v. | ) |
| | ) JUDGMENT |
| THE DIRECTOR OF THE CDCR, | ) |
|       Respondent. | ) |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: April 9, 2015

_____
Otis D. Wright, II
United States District Judge